UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT POWELL | : | |
| | : | |
| VS. | : | NO. 3:16cv1653(AWT) |
| | : | |
| JILL JONES-SODERMAN and | : | |
| FOUNDATION FOR THE CHILD | : | |
| VICTIMS OF THE FAMILY COURTS | : | FEBRUARY 22, 2017 |

### BRIEF IN OPPOSITION TO MOTION TO DISMISS AND QUASH

This action has been brought solely pursuant to this court's diversity jurisdiction. It alleges that the defendant Jones-Soderman, acting as the agent and employee of the corporate defendant, committed four torts against the plaintiff within the State of Connecticut, to wit: (1) intentional infliction of emotional distress, (2) negligent infliction of emotional distress, (3) invasion of privacy, and (4) defamation. As reflected in the Return of Service filed with this court, service of process was made in accordance with Section 52-59b of the Connecticut General Statutes by making in-hand service upon the Connecticut Secretary of State and thereafter mailing a copy to the defendants at their last known address.

The defendants' motion to dismiss and quash the Return misstates the

record by asserting that service was made *only* by mail.  That simply is not the case.

The motion to dismiss and quash must be denied.

> Respectfully submitted:
>
> _____/s/_____(ct00215)_____
> JOHN R. WILLIAMS (ct00215)
> 51 Elm Street
> New Haven, CT 06510
> 203.562.9931
> Fax:  203.776.9494
> jrw@johnrwilliams.com
> Plaintiff's Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

> _____/s/_____(ct00215)_____
> JOHN R. WILLIAMS