✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**DISTRICT OF** Connecticut

Powell

V.

Jones-Soderman et al

## EXHIBIT AND WITNESS LIST

Case Number: 3:16-cv-1653(RMS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert M. Spector | John R. Williams | Jill Jones-Soderman/D. Ludwig |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/21/2019 - 10/24/2019 | Falzarano | A. Campbell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 10/21/2019 | | | WITNESS - Jill Jones-Soderman - Greenville, SC |
| 2 | | 10/21/2019 | Y | Y | Breaking News - The Powell Case - Articles - In Progress |
| 3 | | 10/21/2019 | Y | Y | Protective Parent Jane Powell Paraded Before Public |
| 4 | | 10/21/2019 | Y | Y | Predator in Possession - S. Powell |
| 5 | | 10/21/2019 | Y | Y | Complaint against Judge Erika Tindill dated 4/25/16 |
| 6 | | 10/21/2019 | Y | Y | The Foundations for The Child Victims of the Family Courts - the US Whistle Blower 4/25/16 |
| 7 | | 10/21/2019 | Y | Y | The Foundations for The Child Victims of the Family Courts - Office of Governmental Acct |
| 8 | | 10/21/2019 | Y | Y | Complaint against Judge Erika Tindill |
| 9 | | 10/21/2019 | Y | Y | Complaint against Yakov Pyetranker 5/10/16 |
| 10 | | 10/21/2019 | Y | Y | Complaint against Eric Frazer |
| 11 | | 10/21/2019 | Y | Y | Letter to Joette Katz dated 5/20/16 |
| 12 | | 10/21/2019 | Y | Y | Letter to Mike Daglio |
| W | | 10/21/2019 | | | WITNESS - Scott Powell - New Canaan, CT |
| | A | 10/21/2019 | | | Video of Powell children (limited purpose) |
| 1 | | 10/21/2019 | Y | Y | Page of website for Foundation for the Child Victims of Family Courts |
| | W | 10/21/2019 | | | WITNESS - Jill Jones-Soderman - Greenville, SC |
| | C | 10/21/2019 | Y | Y | Letter from CP dated 3/16/16 (limited purpose) |
| | B | 10/21/2019 | Y | Y | Letter from EP (limited purpose) |
| | D | 10/21/2019 | Y | Y | Letter from COP dated 5/25/2016 (limited purpose) |
| | W | 10/22/2019 | | | WITNESS cont'd from 10/21/19 Jill Jones-Soderman, Greenville, SC |
| | E | 10/22/2019 | Y | Y | Diary excerpts of CP - (limited purpose) |
| 13 | | 10/22/2019 | Y | Y | Excerpts of Transcripts of orders before Judge Erika Tindill |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___2___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Powell | | vs. | Jones-Soderman et al | CASE NO. 3:16-cv-1653(RMS) |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 14 | | 10/22/2019 | ID | | Partial Psychological Evaluation - 29 pages | |
| 15 | | 10/22/2019 | Y | Y | Full Psychological Evaluation - 44 pages (limited purpose) | |
| 16 | | 10/22/2019 | Y | Y | Order issued by Judge Somers | |
| | W | 10/22/2019 | | | Rick Diehl - Niantic, CT | |
| | F | 10/22/2019 | Y | Y | Ex Parte Protective Order | |
| | W | 10/22/2019 | | | Cynthia Diehl - East Lyme, CT | |