UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCOTT POWELL

     v.                                                                                   Civil No.   3:16-CV-1653(RMS)

JILL JONES-SODERMAN

**JUDGMENT**

This matter came on for court trial before the Honorable Robert M. Spector, United States Magistrate Judge.  On January 14, 2020 Judge Spector entered a Memorandum of Decision in favor of the plaintiff in the amount of $100,000.00.

It is therefore;

     ORDERED, ADJUDGED and DECREED that the judgment is for the plaintiff, Scott Powell and the case is closed.

     Dated at New Haven, Connecticut, this 16th day of January 2020.

                                               Robin D. Tabora, Clerk

                                               By:  /s/_____
                                                   A.  Campbell
                                                   Deputy Clerk

EOD:  January 16, 2020